DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY CASTELLANO**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3718

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 16-4887CF10A; 16-5604CF10A and 16-8060CF10A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***